**Wayne NICOLAISON, Appellant,**

v.

**Tim BROWN; Matt Schroder; Tom Rosburg; Tim Lokensgard, Appellees.**

**No. 07–1927.**

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 22, 2008.

Filed: Feb. 27, 2008.

Wayne Nicolaison, Moose Lake, MN, pro se.

Warden, Minnesota Correctional Facility, Moose Lake, MN, for Appellant.

Kerri Stahlecker Hermann, Attorney General's Office, St. Paul, MN, for Appellees.

Before WOLLMAN, RILEY, and GRUENDER, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Wayne Nicolaison (Nicolaison) appeals the district court's [1] order granting defendants' summary judgment motion in his 42 U.S.C. § 1983 action. Upon de novo review, *see Rouse v. Benson,* 193 F.3d 936, 939 (8th Cir.1999), we conclude summary judgment was proper because there was no genuine issue of material fact as to the objective reasonableness of defendants' use of force, *see Andrews v. Neer,* 253 F.3d 1052, 1061 (8th Cir.2001) (concluding the objective reasonableness standard applies to excessive-force claims brought by civilly committed patients). Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B. Nicolaison's motion for appointment of counsel on appeal is denied.

1. The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, adopting in part the report and recommendation of the Honorable Janie S. Mayeron, United States Magistrate Judge for the District of Minnesota.